# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MARCH 7, 2018

## NO. 03-18-00062-CR

**Ex parte Jolando King, Appellant**

**APPEAL FROM THE 450TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES PURYEAR, PEMBERTON, AND BOURLAND
DISMISSED FOR WANT OF JURISDICTION-- OPINION BY JUSTICE PURYEAR**

This is an appeal from the trial court's order denying appellant's application for writ of habeas corpus. Having reviewed the record, it appears that the Court lacks jurisdiction over this appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.